UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00317-GCM

| | |
|---|---|
| WADDELL BYNUM, Jr. )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>SOUTHWEST AIRLINES, )<br>)<br>)<br>**Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on its own motion on the filing of Plaintiff's Complaint. [Doc. 1].

On July 9, 2019, the Plaintiff filed a Pro Se Complaint. [Doc. 1]. The next day this Court sent Plaintiff a Notice of Deficiency advising him that he had failed to file an application to proceed in forma pauperis or to pay the $400.00 filing fee. [Doc. 2].

On preliminary review of Plaintiff's Complaint, however, the Court finds it is illegible and will dismiss it without prejudice to refile a complaint that is in all manners legible. Plaintiff must also either pay the $400.00 filing fee or file therewith an application to proceed in forma pauperis.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is **DISMISSED WITHOUT PREJUDICE** to refile a legible complaint, together with the filing fee or an application to proceed in forma pauperis, within thirty (30) days of this Order.

Signed: July 16, 2019

Graham C. Mullen
United States District Judge